# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140704

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 140704
                                     COA: 274508
                                     Wayne CC: 06-006502-01

REGINALD LENOIR LEWIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 4, 2010 judgment of the Court of Appeals is considered. In view of the Wayne Circuit Court's previous determination of the defendant's indigency, we APPOINT the State Appellate Defender Office to represent the defendant in this Court and we DIRECT counsel to file, within 42 days of the date of this order, a supplemental application for leave to appeal. We DIRECT the Wayne County Prosecutor to answer the application for leave to appeal within 28 days of the date the application is filed.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2010

_____
Clerk

p0623